IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. ELLEN EDDINGS                                                           PLAINTIFF

V.                                    4:05CV1631 JMM

ROBERT CLOWERS, Superintendent of Schools
of the Pulaski County Arkansas Special School District;
the BOARD OF EDUCATION of the Pulaski County
Special School District, a public body corporate;
and DON HENDERSON, individually and
his former capacity as Superintendent of Schools
of the Pulaski County Special School District                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on July 19, 2007, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 19th day of July 2007.

James M. Moody
United States District Judge